UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  13-80054-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONTAVIOUS BLAKE,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF PROOF OF SERVICE

Defendant, Dontavious Blake, through counsel, hereby files notice that on June 24, 2014, defense counsel received the Court's Sealed Order dated June 17, 2014.  On that same date, June 24, 2014, defense counsel provided service on the Government as directed in the Sealed Order by personally delivering documents to the Office of the United States Attorney.

Respectfully submitted,
MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

 s/Neison M. Marks
Neison M. Marks
Assistant Federal Public Defender
Court Assigned No. A5500635
450 South Australian Avenue
Suite 500
West Palm Beach, Florida 33401
Phone:  561-833-6288
Fax:     561-8330368
Neison_Marks@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **June 26, 2014,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Neison M. Marks*
Neison M. Marks

## SERVICE LIST
### UNITED STATES OF AMERICA  v.  DONTAVIOUS BLAKE
Case No.   13-80054-Cr-Marra

| | |
|---|---|
| Neison M. Marks | Lothrop Morris |
| neison_marks@fd.org | Lothrop.morris@usdoj.gov |
| Assistant Federal Public Defender | Assistant United States Attorney |
| 450 S Australian Avenue | 500 S Australian Avenue |
| Suite 500 | Suite 400 |
| West Palm Beach, Florida 33401 | West Palm Beach, Florida 33401 |
| Phone:  561-833-6288 | Phone:  561-820-8711 |
| Fax:     561-833-0368 | Fax:     561-820-8777 |
| Attorney for Defendant | Attorney for Government |

Peter T. Patanzo
Benjamin & Aaronson
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
954-779-1700
Fax: 779-1771
Email: ppatanzo@bellsouth.net
Attorney for Defendant Tara Moore