UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80054-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DONTAVIOUS BLAKE,
TARA JO MOORE,

        Defendants.
_____/

**ORDER DENYING MOTIONS FOR SEVERANCE**

THIS CAUSE is before the Court upon Defendant Tara Jo Moore's Motion to Sever Counts [DE 191] and Defendant Dontavious Blake's Motion for Severance of Defendants or in the Alternative, Exclusion of Evidence [DE 200].  This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motions are DENIED as to the request for severance.  The Court reserves ruling on the question of whether certain evidence which Defendant Blake seeks to exclude will be admitted at trial.

DONE and ORDERED in West Palm Beach, Florida, this 14th day of October, 2014.

                                            KENNETH A. MARRA
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel