UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **13-80054-Cr.-MARRA/MATTHEWMAN**

**UNITED STATES OF AMERICA,**

vs.

**DONTAVIOUS M. BLAKE,**
    a/k/a "D", and
**TARA JO MOORE,**

   Defendants,
_____/

**SECOND NOTICE OF INTENT TO ADMIT 404(B) EVIDENCE**

**COMES NOW**, The United States of America, by and through the undersigned counsel, hereby moves for admission of the document attached as exhibit A. It is the United States' position that the document attached as exhibit A is inextricably intertwined with the crimes charged in the Third Superseding Indictment and necessary to complete the story of those crimes, and thus not subject to the limitations of Rule 404(b). In the alternative, however, the United States submits that the evidence is properly admissible under Rule 404(b). The document was found in the download memory of a cell phone believed to be used by Defendant Tara Jo Moore. The document was downloaded twice indicating that it was not a mistake. This evidence is inextricably intertwined because it corroborates the testimony of the victims about the defendant's pattern and scheme of recruitment, enticement and operation, and is evidence of her modus operandi regarding her pattern of recruitment, enticement and operation of the scheme. In the event the Court finds that any of the evidence described above is subject to the limitations of Rule 404(b), the United States

1

submits that such evidence should be admitted.1   It is anticipated that Moore will persist in her plea of not guilty to the charges in the Third Superseding Indictment in this case. The document is relevant and highly probative of Moore's intent, preparation, plan, knowledge, motive and absence of mistake or lack of accident involving all of the charged offenses. Moore has put all of these issues before the jury by pleading not guilty.

**WHEREFORE**, the United States respectfully moves in limine for a ruling that the document attached as exhibit A be properly admitted at trial.

>Respectfully submitted,
>
>WIFREDO A. FERRER
>UNITED STATES ATTORNEY
>
> s/   LOTHROP MORRIS
>By: LOTHROP MORRIS
>    ASSISTANT U.S. ATTORNEY
>    Florida Bar # 0095044
>    500 Australian Avenue, Suite 400
>    West Palm Beach, FL 33401
>    (561) 820-8711
>    (561) 820-8777 (FAX)
>    LOTHROP.MORRIS@USDOJ.GOV

---

1 If so admitted, the government has no objection to the Court giving the proper limiting instruction that such evidence is not evidence that the defendants committed the acts charged in the Third Superseding Indictment, but may be used to determine their intent, plan, preparation, knowledge, motive and absence of mistake or accident.

**Certificate of Service**

  I HEREBY CERTIFY that on October 21, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

            S/ LOTHROP MORRIS
            LOTHROP MORRIS
            ASSISTANT UNITED STATES ATTORNEY